### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMANDA RUGG-HARRELL, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) Civil Action No. 1:24-cv-10992 |
| *Plaintiffs*, | ) Hon. Sharon Johnson Coleman ) ) |
| v. | ) **NOTICE OF MOTION AND MOTION** ) **FOR PRELIMINARY APPROVAL OF** ) **CLASS ACTION SETTLEMENT** |
| TREEHOUSE FOODS, INC., | ) ) |
| *Defendant.* | ) |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: June 17, 2025

                                                Respectfully submitted,

                                                By: */s/ Jason P. Sultzer*
                                                **SULTZER & LIPARI, PLLC**
                                                Jason P. Sultzer, Esq.
                                                Jeremy Francis, Esq.
                                                85 Civic Center Plaza, Suite 200
                                                Poughkeepsie, NY 12061
                                                Tel: (845) 483-7100
                                                Fax: (888) 749-7747
                                                E-Mail: sultzerj@thesultzerlawgroup.com
                                                                           francisj@thesultzerlawgroup.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115 Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
*nsuciu@milberg.com*

**POULIN WILLEY ANASTAPOULO**
Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: *pauld@akimlawfirm.com*

**LEVIN SEDRIN & BERMAN**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: *cschaffer@lfsblaw.com*

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
*jgoldenberg*@gs-legal.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Andrew Costello
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
*jbrown@leedsbrownlaw.com*

**NICK LARRY LAW LLC**
J. Dominick Larry
1720 W. Division St.
Chicago, IL 60622
Telephone: (773) 694-4690
Email: nick@nicklarry.law

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com

*Attorneys for Plaintiffs and the Settlement Class*