THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA RUGG-HARRELL, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 1:24-cv-10992 |
| *Plaintiffs*, | ) ) ) | Hon. Sharon Johnson Coleman |
| v. | ) ) | |
| TREEHOUSE FOODS, INC., | ) ) | |
| *Defendant.* | ) ) | |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARDS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on a date and time to be determined by the Court, in the Courtroom of the Sharon Johnson Coleman, United States District Court, Northern District of Illinois, Plaintiffs will and hereby do move the Court for an order approving and awarding attorneys' fees, litigation costs, and a service award.

By this motion, Plaintiffs seek:

1. $1,333,333.33 in Attorney's Fees and in Costs, and $34,469.61 in Costs;
2. $1,000 service awards for each of the Class Representatives.

This motion is made on the grounds that: (1) such fees are fair and reasonable in light of the efforts of Plaintiffs' counsel in obtaining the settlement herein; (2) the requested attorneys' fees comport with the applicable law; (3) the expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of this action; and (4) a

reasonable payment to plaintiffs for their efforts on behalf of the Class is warranted and appropriate. This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the accompanying declarations of counsel, the pleadings and records on file herein, and upon such additional evidence or argument as may be accepted by the Court at or prior to the hearing.

Dated: November 24, 2025

Respectfully submitted,

By: */s/ Jason P. Sultzer*
**SULTZER & LIPARI, PLLC**
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
E-Mail: sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
mreese@reesellp.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115 Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
nsuciu@milberg.com

**POULIN WILLEY ANASTAPOULO**
Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: pauld@akimlawfirm.com

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: cschaffer@lfsblaw.com

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
jgoldenberg@gs-legal.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
jbrown@leedsbrownlaw.com

**NICK LARRY LAW LLC**
J. Dominick Larry
1720 W. Division St.
Chicago, IL 60622
Telephone: (773) 694-4690
Email: nick@nicklarry.law

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com

*Attorneys for Plaintiffs and the Settlement Class*