**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMANDA RUGG-HARRELL, *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>TREEHOUSE FOODS, INC.,<br><br>*Defendant.* | Case No. 1:24-cv-10992<br><br>Honorable Sharon Johnson Coleman |

**DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP, LLC
RE: IMPLEMENTATION OF NOTICE PLAN AND SETTLEMENT
ADMINISTRATION**

I, **STEVEN WEISBROT**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. My credentials were previously reported to this Court in my prior declaration that was filed with Plaintiffs' Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement (the "Notice Plan Declaration") (Dkt. No. 42-2).

3. Angeion was appointed by this Court pursuant to this Court's Order to serve as the Settlement Administrator to supervise and administer the Notice Plan, establish and operate a

Settlement Website, administer the Claims process, including the determination of valid claims, distribute the Class Benefit to Valid Claimants according to the criteria set forth in the Settlement Agreement, and perform any other duties of the Settlement Administrator provided for in the Settlement Agreement (the "Preliminary Approval Order") (Dkt. No. 49).

4. Angeion is not related to or affiliated with the Plaintiffs, Class Counsel, Defendant or Defendant's Counsel.

5. The purpose of this Declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

## MEDIA NOTICE

6. On October 17, 2025, Angeion caused the comprehensive media notice campaign to commence. The media campaign is scheduled to conclude on December 16, 2025, and consists of internet banner advertisement notice, social media notice via Facebook and Instagram, and a paid search campaign via Google. True and correct copies of the internet banner and social media advertisements are attached hereto as **Exhibits A** and **Exhibit B**, respectively.

7. As of November 14, 2025, the media notice has served approximately 20.5 million of the 32.8 million planned impressions. The media campaign is expected to meet or exceed the 70.20% planned reach. Angeion will continue to monitor the media notice campaign and will update the parties and the Court with the results after the campaign concludes.

## SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT

8. On October 16, 2025, Angeion activated a case-specific website, www.wafflerecallsettlement.com (the "Settlement Website"), where Settlement Class Members are able to submit a Claim Form or a Request for Exclusion Form via secure online portals directly on the website or download and print the Claim Form or Exclusion Form to be completed and mailed via the USPS. Also on the Settlement Website, Settlement Class Members can easily view general information about this class action Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. The Settlement Website also has a

"Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@wafflerecallsettlement.com. As of the date of this declaration, the Settlement Website has received 191,905 website visits by 160,877 unique users, totaling 330,065 pageviews.

9. On October 16, 2025, Angeion activated the following toll-free number dedicated to this Settlement: 1-888-688-4181. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week. As of the date of this declaration, Angeion has received 30 calls totaling 164 minutes.

## CLAIM FORMS SUBMISSONS

10. The deadline for Settlement Class Members to submit a Claim Form is December 16, 2025. As of the date of this Declaration, Angeion has received 60,608 Claim Form submissions. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

11. The deadline for Settlement Class Members to submit a request for exclusion from the Settlement is December 16, 2025. As of the date of this declaration, Angeion has received four (4) timely exclusion requests. Attached hereto as **Exhibit C** is a list of the names of the individuals who submitted exclusion requests.

12. The deadline for Settlement Class Members to object to the Settlement is December 16, 2025. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections.

13. Angeion will inform the Parties of any exclusion requests or objections to the Settlement it receives.

## CONCLUSION

14. It remains my professional opinion that the Notice Plan described herein will provide full and proper notice to Settlement Class Members before the claims, opt-out, and objection deadlines. Moreover, it remains my opinion that Notice Plan is the best notice that is practicable under the circumstances, fully comports with due process and Fed. R. Civ. P. 23. After the Notice Plan has concluded, Angeion will provide a final report verifying its effective implementation to this Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2025

_____
STEVEN WEISBROT

# EXHIBIT A








# EXHIBIT B









# EXHIBIT C

*Rugg-Harrell v. TreeHouse Foods, Inc.*

Exclusion Report

| REQUESTS FOR EXCLUSION | | |
|---|---|---|
| # | *FIRST NAME* | *LAST NAME* |
| 1 | Larry | Anderson |
| 2 | Bobby | Back |
| 3 | Kennon | Blue |
| 4 | June | Miller |